CARLTON, J.,
dissenting:
¶ 19. Our precedent establishes that, to prove adultery, it is sufficient for the plaintiff to show by clear and convincing evidence that an adulterous inclination oí-an infatuation with a particular person exists, as well as the opportunity to satisfy that inclination or infatuation. See Hassett v. Hassett, 690 So.2d 1140, 1147 (Miss.1997); McAdory v. McAdory, 608 So.2d 695, 700 (Miss.1992); Gillespie v. Gillespie, 106 So.3d 869, 873 (¶ 19) (Miss.Ct.App.2013); see also Brooks v. Brooks, 652 So.2d 1113, 1118-19 (Miss.1995) (rejecting the husband’s claim of impotency where the evidence sufficiently established the husband’s inclination or infatuation with another woman and the circumstantial evidence sufficiently established a sexual relationship).
¶ 20. Based on a review of the facts in this case and relevant Mississippi prece *877 dent, I respectfully dissent from the majority’s opinion.